IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, individually, and THE JAMES M. SWEENEY TRUST<br>Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 5:22-cv-00323-XR |
| | § | |
| HOY HEALTH LLC and HOY HEALTH CORPORATION,<br>Defendants. | §<br>§<br>§ | |

## SUPPLEMENT OF RECORD WITH STATE COURT FILE

Pursuant to 28 USC § 1447(b) and the Court's Standing Order Concerning Removed Cases (ECF No. 8), Defendants Hoy Heath LLC and Hoy Health Corporation hereby supplement the record of this case with a copy of the complete file from the state court proceedings, including the docket sheet, which are attached as follows:

| | |
|---|---|
| Exhibit 1 | Docket Sheet |
| Exhibit 2 | Plaintiff's Original Petition (2/14/22) |
| Exhibit 3 | Request for Process (2/14/22) |
| Exhibit 4 | Return of Service – not executed re Hoy Health LLC (3/1/22) |
| Exhibit 5 | Request for Process (3/3/22) |
| Exhibit 6 | Return of Service re Hoy Health Corporation (3/3/22) |
| Exhibit 7 | Notice of Removal (4/1/22) |
| Exhibit 8 | Request for Records (4/5/22) |
| Exhibit 9 | Request for Records (4/15/22) |

Date: April 21, 2022                    Respectfully submitted,

**DUNHAM LLP**
919 Congress Avenue
Suite 910
Austin, Texas 78701
512.615.1255 (Tel)
512.615.1256 (Fax)

By: /s/ Isabelle M. Antongiorgi
    David E. Dunham
    State Bar No. 06227700
    Email: david@dunhamllp.com
    Isabelle M. Antongiorgi
    State Bar No. 24059386
    Email: isabelle@dunhamllp.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2022, a copy of the Supplement of Record with State Court File was served on the following as indicated:

**Via the Court's Electronic Filing Service:**
Lawrence Morales II
lawrence@themoralesfirm.com
Allison S. Hartry
ahartry@themoralesfirm.com
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone No. (210) 225-0811
Facsimile No. (210) 225-0821

**ATTORNEYS FOR PLAINTIFFS JAMES M. SWEENEY, INDIVIDUALLY, AND THE JAMES M. SWEENEY TRUST**

By: /s/ Isabelle M. Antongiorgi
    Isabelle M. Antongiorgi