## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE JAMES M. SWEENEY TRUST; *Plaintiff* | § § § § § | Case No.  SA-22-CA-00323-XR |
| VS | § § § | |
| HOY HEALTH LLC, HOY HEALTH CORPORATION, CCH HFH HOLDINGS, LLC, *Defendants* | § § § § | |

### **FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Final Judgment is rendered pursuant to FED. R. CIV. P. 58. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff James M. Sweeney shall take nothing by his claims against Defendants Hoy Health LLC, Hoy Health Corporation, and CCH HFH Holdings, LLC and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this March 21, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE