IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE JAMES M. SWEENEY TRUST;<br>*Plaintiff*<br><br>-vs-<br><br>HOY HEALTH LLC,  HOY HEALTH CORPORATION,<br>*Defendants* | § § § § § § § § § § | SA-22-CV-00323-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Final Judgment is rendered pursuant to Fed. R. Civ. P. 58. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff James M. Sweeney shall recover $2,688,041.33 in damages from Defendants Hoy Health LLC and Hoy Health Corporation, in addition to $540,222.66 in pre-judgment interest, and post-judgment interest set at a rate of 5.10%. Plaintiff is awarded costs and may file a bill of costs in the form required by the Clerk of Court within fourteen (14) of the entry of judgment pursuant to Local Rule 54, or seek an extension of time in which to do so.

It is so **ORDERED**.

**SIGNED** this 27th day of June, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE